UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., | Case No. 25-cv-04876-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| CONSOLIDATED SECURITY INTEGRATION, INC., et al., | |
| Defendants. | |

A case management conference was held on September 16, 2025. Having considered the parties' proposal, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 14, 2025 |
| Close of Fact Discovery | March 31, 2026 |
| Exchange of Opening Expert Reports | March 31, 2026 |
| Exchange of Rebuttal Expert Reports | April 7, 2026 |
| Close of Expert Discovery | April 16, 2026 |
| Dispositive Motion & *Daubert* Hearing Deadline | June 4, 2026, at 2:00 p.m. |
| Pretrial Conference | September 1, 2026, at 3:00 p.m. |
| Bench Trial (3 days) | September 15, 2026, at 8:30 a.m. |

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good

2   cause. The parties are directed to review and comply with this Court's standing orders. This order

3   terminates Dkt. No. 18.

4   **IT IS SO ORDERED.**

5   Dated:    9/19/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge